IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:15cr334-MHT
                            )           (WO)
JULIAN DWAYNE WILLIAMS      )
```

OPINION AND ORDER

Based on the representations made on the record at a conference on October 20, 2015, it is ORDERED that (1) defendant Julian Dwayne Williams's jury selection and trial, now set for January 11, 2016, are reset for the criminal term of court beginning on November 30, 2015, in Montgomery, Alabama and (2) defendant Williams's motion to continue (doc. no. 31) is therefore denied as moot.

***

A continuance was requested due to counsel's scheduling conflicts, and not due to any factors related to defendant Julius Dwayne Williams's case itself. Therefore, the court finds, pursuant to the relevant provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(B), that the court's decision not to grant a

continuance will not "make a continuation of such proceeding impossible, or result in a miscarriage of justice," that the case is not "so unusual or so complex ... that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself" by the date set in this order, and that the decision not to grant a continuance will not deny either the defendant or the government "continuity of counsel," or deny counsel for either party "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Indeed, the ends of justice served by the granting of the original continuance in this case from October 26, 2015, to January 11, 2016, and now by the resetting of this case for November 30, 2015, continue to outweigh the interest of the public and Williams in a speedy trial.

DONE, this the 21st day of October, 2015.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE